**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| ANTHONY HAWKINS, | ) | 3:18-CV-0287-RCJ-CLB |
| | ) | |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| | ) | |
| vs. | ) | May 19, 2020 |
| | ) | |
| DAN WATTS, et al., | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

PRESENT:  <u>THE HONORABLE CARLA BALDWIN</u>, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:  <u>        LISA MANN      </u>   REPORTER: <u>NONE APPEARING</u>

COUNSEL FOR PLAINTIFF(S): <u>NONE APPEARING                            </u>

COUNSEL FOR DEFENDANT(S): <u>NONE APPEARING                          </u>

**MINUTE ORDER IN CHAMBERS:**

     Plaintiff filed a motion to amend scheduling order (ECF No. 44).  White Pine County defendants responded to the motion by stating accurately that the Notice of Appeal (ECF No. 41) filed by plaintiff divests the District Court of jurisdiction to proceed, and requesting a formal stay be entered on all District Court proceedings until the conclusion of the appeal (ECF No. 48).  NDOC defendants joined in the response (ECF No. 49), and plaintiff replied that he does not oppose a stay (ECF No. 51).  Therefore,

     All proceedings in this case are hereby **STAYED** until the Ninth Circuit issues a decision in this case as to the Notice of Appeal filed by plaintiff (ECF No. 41).

     Moreover, Plaintiff's motion to amend the scheduling order (ECF No. 44) is **DENIED as moot**.

     **IT IS SO ORDERED.**

                                                                 DEBRA K. KEMPI, CLERK

                                     By:<u>            /s/                         </u>
                                                       Deputy Clerk