AARON D. FORD
  Attorney General
PETER E. DUNKLEY, Bar No. 11110
  Senior Deputy Attorney General
State of Nevada
Public Safety Division
100 N. Carson Street
Carson City, NV  89701-4717
Tel:  (775) 684-1259
E-mail: pdunkley@ag.nv.gov

*Attorneys for Defendants*
*James Dzurenda, William Gittere,*
*and Tasheena Sandoval*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ANTHONY HAWKINS, | Case No.  3:18-cv-00287-RCJ-CLB |
| Plaintiff, | **NOTICE REGARDING** |
| vs. | **SETTLEMENT STATUS** |
| DAN WATTS et al., | |
| Defendants. | |

NDOC Defendants submit this status regarding the settlement agreement resulting from the Judicial Settlement Conference held on August 11, 2020.

Pursuant to the Court's minutes, the stipulation to dismiss is to be filed by September 11, 2020. (ECF No. 67.)

The settlement documents have been circulated.  However, Plaintiff has requested revisions. The undersigned has been in contact with Plaintiff to further explain the settlement agreement, with out revisions.   The undersigned will respond to any further requests by the Plaintiff.   Accordingly, Defendants respectfully request until October 9, 2020, to file a stipulation to dismiss with prejudice.

DATED this 10th day of September 2020.

AARON D. FORD
Attorney General

IT IS SO ORDERED.

By: _____
PETER E. DUNKLEY, Bar No. 11110
Senior Deputy Attorney General

Dated:  September 11, 2020.

*Attorneys for Defendants*

_____
UNITED STATES MAGISTRATE JUDGE

1

**CERTIFICATE OF SERVICE**

I certify that I am an employee of the Office of the Attorney General, State of Nevada, and that on this 10th day of September 2020, I caused to be served a copy of the foregoing, **NOTICE REGARDING SETTLEMENT STATUS**, by U.S. District Court CM/ECF Electronic Filing to:

Anthony Hawkins #91607
High Desert State Prison
P. O. Box 650
Indian Springs, NV  89070-0650

Brent L. Ryman, Esq.
Craig Smith, Esq.
Erickson, Thorpe & Swainston, LTD.
99 West Arroyo Street
P.O Box 3559
Reno, Nevada 89505
*Attorneys for White Pine County Defendants*

_____
An employee of the
Office of the Attorney General