AARON D. FORD
  Attorney General
PETER E. DUNKLEY, Bar No. 11110
  Deputy Attorney General
State of Nevada
Public Safety Division
100 N. Carson Street
Carson City, NV 89701-4717
Tel: (775) 684-1259
E-mail: pdunkley@ag.nv.gov

*Attorneys for Defendants*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ANTHONY HAWKINS,<br><br>    Plaintiff,<br><br>vs.<br><br>DAN WATTS et al.,<br><br>    Defendants. | Case No. 3:18-cv-00287-RCJ-CLB<br><br>**ORDER OF<br>DISMISSAL, WITH PREJUDICE** |

It is stipulated and agreed by and between Plaintiff, Anthony Hawkins, in pro per, and by defendants, Mike Byrne, Dewayne Deal, James Dzurenda, Timothy Filson, Christopher Garcia, William Gittere, Joshua Miller, Nathan Mingo, Tasheena Sandoval, Dan Watts, that the above-captioned matter be dismissed with prejudice, and that each party will bear their own attorneys' fees and costs, pursuant to the settlement terms agreed upon at the Judicial Settlement Conference which took place on August 11, 2020.

DATED Sept. 16th, 2020.

_____ #91607
Anthony Hawkins
*Plaintiff Pro Se*

DATED Oct. 7, 2020.
Aaron D. Ford, Nevada Attorney General

_____
Peter E. Dunkley (Bar No. 11110)
Deputy Attorney General
Office of the Nevada Attorney General
100 N. Carson Street
Carson City, Nevada 89701
*Attorneys for NDOC Defendants*

1

*Hawkins v. Watts*, Case No. 3:18-cv-00287-RCJ-CLB

DATED *October 7th*, 2020

*/s/ Brent R.*

BRENT L. RYMAN, ESQ. (#008648)
ERICKSON, THORPE & SWAINSTON, LTD.
99 West Arroyo Street
P.O. Box 3559
Reno, Nevada 89505
Telephone: (775) 786-3930
*Attorneys for White Pine County Defendants*

## ORDER

**IT IS SO ORDERED.** This matter is DISMISSED WITH PREJUDICE and the Clerk is directed to close the case.

DATED November 24, 2020.

_____
UNITED STATES DISTRICT JUDGE

2

# CERTIFICATE OF SERVICE

I certify that I am an employee of the Office of the Attorney General, State of Nevada and that on this 28th day of October, 2020, I caused a copy of the foregoing, **STIPULATION AND ORDER OF DISMISSAL, WITH PREJUDICE**, to be served, by U.S. District Court CM/ECF Electronic Filing on the following:

Anthony Hawkins #91607
Care of HDSP Law Librarian
High Desert State Prison
P.O. Box 650
Indian Springs, NV 89070
HDSP_LawLibrary@doc.nv.gov

Brent L. Ryman, Esq.
Craig Smith, Esq.
Erickson, Thorpe & Swainston, LTD.
99 West Arroyo Street
P.O Box 3559
Reno, Nevada 89505
*Attorneys for White Pine County Defendants*

_____
An employee of the
Office of the Attorney General

3